**MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA**

U.S.A. vs **Antonio Chavez-Barajas**  No. **08mj2256**

The Court finds excludable delay, under the section indicated by check (✓), commenced on **7-28-08** and ended on **8-1-08** ; ( )
and ended on _____ . (xm)

**3161(h)**

___ (1)(A)  Exam or hrg for **mental or physical incapacity**

___ (1)(B)  **NARA exam**ination (28:2902)

___ (1)(D)  State or Federal trials or **other charges pending**

___ (1)(E)  **Interlocutory appeals**

___ (1)(F)  **Pretrial motions** (from flg to hrg or other prompt dispo)

___ (1)(G)  **Transfers from other district** (per FRCrP 20, 21 & 40)

___ (1)(J)  **Proceedings under advisement** not to exceed thirty days

___       Misc proc: Parole or prob rev, deportation, **extradition**

___ (1)(H)  **Transportation** from another district or to/from examination or hospitalization in ten days or less

___ (1)(I)  Consideration by Court of **proposed plea agreement**

___ (2)    **Prosecution deferred** by mutual agreement

_X_ (3)(A)(B) **Unavailability of defendant** or **essential witness**

___ (4)    Period of **mental or physical incompetence** of defendant to stand trial

___ (5)    Period of **NARA commitment or treatment**

___ (6)    **Superseding indictment** and/or **new charges**

___ (7)    **Defendant awaiting trial of co-defendant** when no severance has been granted

___ (8)(A)(B) **Continuance**s granted per (h)(8)-use "T" alone if more than one of the reasons below are given in support of continuance

___ (8)(B)(I) 1) Failure to grant a **continuance** in the proceeding would result in a **miscarriage of justice** and the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. **(Continuance - miscarriage of justice)**

             2) Failure to grant a **continuance** of the trial would result in a miscarriage of justice as the defendant has tendered a guilty plea to a magistrate judge and is awaiting a determination as to whether the plea will be accepted. **(Continuance - tendered a guilty plea)**

___ (8)(B)(ii)  2) **Case** unusual or **complex**

___ (8)(B)(iii) 3) **Indictment** following arrest **cannot be filed** in thirty (30) days

___ (8)(B)(iv)  4) **Continuance** granted in order to obtain or substitute counsel, or give reasonable time to prepare **(Continuance re counsel)**

___ 3161(I)  Time up to **withdrawal of guilty plea**

___ 3161(b)  **Grand jury indictment time extended** thirty (30) more days

Date **7/28/08** _____  _____ Judge's Initials

Codes column: A B C D E F G H 6 7 I M N O P R T T1 T2 T3 T4 U W