✎AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

I certify that I am admitted to practice in this court.

|  |  |
|---|---|
|  | /s/ ERICK L. GUZMAN |
| Date | Signature |
|  | Print Name                               Bar Number |
|  | Address |
|  | City              State              Zip Code |
|  | Phone Number                            Fax Number |

1  **ERICK L. GUZMAN**
   California State Bar No. 244391
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: erick_guzman@fd.org

5  Attorneys for Antonio Chavez-Barajas

8               UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10                  **(HONORABLE JAN M. ADLER)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 08MJ2256 |
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE** |
| ANTONIO CHAVEZ-BARAJAS, | |
| Defendant. | |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

Robert E. Schroth, Jr.
robschrothesq@sbcglobal.net, gershtheman@yahoo.com; and

U.S. Attorney CR
Efile.dkt.gc2@usdoj.gov

                                        Respectfully submitted,

DATED:    August 5, 2008           /s/ Erick L. Guzman
                                    **ERICK L. GUZMAN**
                                    Federal Defenders of San Diego, Inc.
                                    Attorneys for Antonio Chavez-Barajas